FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 24 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CELSO MORENO-GARCIA, | NO. C09-856-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Respondent's motion to dismiss, Dkt. No. 9, is GRANTED, and this action is DISMISSED.

(3)    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 24th day of Sept , 2009.

JAMES L. ROBART
United States District Judge



09-CV-00856-ORD

ORDER OF DISMISSAL